**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MISSOURI
(ST. LOUIS)**

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| HAROLD ANTHONY STEIN & | ) | |
| JANA LYNN STEIN | ) | CASE NO. 17-48541-705 |
| | ) | |
| Debtors. | ) | CHAPTER 7 |
| _____ | ) | |
| | ) | Honorable Charles E. Rendlen III |
| UNITED BUILT HOMES, | ) | |
| | ) | **mtn 9** |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID A. SOSNE, | ) | |
| | ) | |
| Trustee. | ) | |

**ORDER GRANTING UNITED BUILT HOMES, L.L.C.'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

Upon consideration of Movant United Built Homes, L.L.C.'s Motion for Relief from the Automatic Stay, the Court hereby finds and orders:

1.   Movant is a secured creditor in this proceeding and is the holder of a certain Promissory Note, Mortgage and Security Agreement, and other loan agreements (collectively the "Loan Documents") more particularly described in the Motion for Relief from Automatic Stay filed by Movant in this action.

2.   Movant holds a duly perfected security interest in the following described property of Debtors:

> The South Half of the Northwest Quarter of the Southeast Quarter of the Southeast Quarter of Section 10, Township 10 North, Range 17 East of the I.B.M., McIntosh County, Oklahoma, LESS AND EXCEPT the West 25 Feet which is reserved for roadway purposes.

(the "Property").

3. Movant filed its Motion for Relief from the Automatic Stay in this matter to proceed with foreclosure of the Mortgage and Security Agreement which secure Debtors' indebtedness to Movant and to otherwise exercise its rights pursuant to applicable non-bankruptcy law with regard to the Property.

4. The Court set the Motion for Relief from the Automatic Stay for Hearing on March 6, 2018, at 9:30 a.m.

5. The Notice of Hearing on the Motion for Relief from the Automatic Stay states that a written response, answer, or explanation to the Motion was to be filed by February 28, 2018.

6. February 28, 2018, has passed, and no one has filed a written response, answer, or other explanation that Movant's Motion for Relief from the Automatic Stay should not be granted.

7. Good and sufficient cause exists to modify the automatic stay in this action.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion for Relief from the Automatic Stay is **GRANTED**, and Movant/Creditor United Built Homes, L.L.C. is authorized to proceed with foreclosure of the Mortgage and Security Agreement which secure its indebtedness and to otherwise exercise its rights pursuant to applicable non-bankruptcy law. This Order shall be effective from the date entered on the docket.

DATED: March 2, 2018
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

2

28956435v1

Copy Mailed To:

**Emily E. Cantwell**
7701 Forsyth Blvd.
Suite 500
Clayton, MO 63105

**Kenneth A. Seufert**
Law Office of Kenneth A. Seufert, P.C.
P.O. Box 831
Farmington, MO 63640

**Harold and Jana Stein**
4 Ashbrook Street
Park Hills, MO 63601

**David A. Sosne**
Summers Compton Wells LLC
8909 Ladue Rd.
St. Louis, MO 63124

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

28956435v1